316.   GOWER v. FOWLER.

POWELL, J.  So much of the law of this State as attempts to confer juris-
diction upon county courts in suits where the principal sum claimed
is less than fifty dollars (Civil Code, §4193; also Acts 1900, p. 54)
having been declared unconstitutional, it follows that the present
action, having been brought in a county court and being for less than
fifty dollars, must be dismissed.  *DeLamar* y. *Dollar,* ante, 687.

*Judgment reversed, with direction.*

Trover, from Walton superior court—Judge Brand.  October
8, 1906.

Submitted May 6,—Decided May 16, 1907.

*Joseph H. Felker,* for plaintiff in error.

*J. W. Arnold Sr., Peeples & Jordan,* contra.